UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Nannette Hutchens,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Capital One Services, LLC,**<br>**Capital One Financial Corporation, and Capital One,**<br>**National Association,**<br><br>**Defendants.** | **CIVIL ACTION NO. 3:19-cv-546** |

## ORDER

THIS MATTER is before the Court on the Defendant's Consent Motion to Extend Stay of Discovery (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

IT IS THEREFORE ORDERED that the stay on all discovery in this matter is extended until the Court rules on the parties' cross-motions for judgment on the pleadings or otherwise lifts the stay.

**IT IS SO ORDERED.**

Date: May _26___, 2020

                                                 /s/
                                         _____
                                         The Honorable M. Hannah Lauck
                                         United States District Judge