FILED: November 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-463
(3:19-cv-00546-MHL)
(3:19-cv-00637-MHL)

_____

NANNETTE HUTCHENS; VIRGINIA STIRNWEIS

       Petitioners

v.

CAPITAL ONE SERVICES, LLC; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE NATIONAL ASSOCIATION

       Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge King and Judge Diaz.

       For the Court

       /s/ Patricia S. Connor, Clerk